PHELPS DUNBAR, LLP
Attorneys for Claimant DfT
100 S. Ashley Dr., Ste. 1900
Tampa, FL 33602-5315
(813) 472-7550
Timothy P. Shusta

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ODYSSEY MARINE EXPLORATION, INC.,

Plaintiff,

vs.

THE SHIPWRECKED AND ABANDONED SS
MANTOLA, its cargo, apparel, tackle, and appurtenances,
etc., located within a five nautical mile radius of the
coordinates 49° 50' 16.391"N, 13° 06' 11.767" W, *in rem*,

Defendant.

Case No.: 1:17-cv-02924-PAE

_____/

## VERIFIED STATEMENT OF RIGHT OR INTEREST

Now comes the Secretary of State for Transport of the United Kingdom ("UK DfT") by and through his undersigned counsel and pursuant to Rules C(6)(a) and E(8), Supplemental Rules for Admiralty and Maritime Claims, Fed. R. Civ. P. submits his claim of ownership to the SS MANTOLA, *in rem* and his restricted appearance with express reservation of all rights of sovereign immunity. In support of his claim and appearance, the UK DfT submits as follows:

1.    The UK DfT is the owner of the SS MANTOLA, identified and admitted by Plaintiff to be the Shipwrecked Vessel, its tackle, armament, apparel, appurtenances, cargo and property being located within a five mile radius of the coordinates 49° 50' 16.391"N, 13° 06' 11.767" W.

2.    The UK DfT is the owner of the vessel, its tackle, armament, apparel, appurtenances, contents, cargo, property and artifacts, including, without limitation, any objects

property or materials in the debris field resulting from the sinking, by operation of law, including, but not limited to the Government War Obligations Act 1914, c.11 (Eng.) in force at the time the vessel was sunk by enemy action and the Marine Insurance Act, 1906, c. 79 § 1 (Eng.). The UK DfT has not abandoned his ownership or other rights in this vessel or generally in sunken vessels owned by the UK DfT, in vessels sunk while in the service of the United Kingdom or in cargo or other property of the UK DfT on or in such sunken vessels or within reasonable proximity of such sunken vessels or the location of the sinking of such vessels, taking into account the cause, manner and circumstances which resulted in a particular vessel sinking. All sovereign rights and other rights in such vessels, cargo, artifacts and other contents have been reserved. The UK DfT has given Notice to the Plaintiff that he has not abandoned vessels owned by the sovereign and has expressly refused salvage of such vessels absent express consent of the United Kingdom, and

3.    From Sept. 29, 2011 through Sept. 29, 2015 the UK DfT contracted with Odyssey Marine Exploration, Inc. ("OMEX") for salvage of the SS Mantola. Subsequent to expiration of the salvage contract between OMEX and the UK DfT on Sept. 29, 2015, the UK DfT has not consented to salvage of this vessel by OMEX or by any other person or entity that may have an interest in OMEX salvage expeditions or in this case. Salvage of this vessel without consent of the UK DfT may be barred by, without limitation, U.S. or UK statutes, applicable treaties, or international law.

WHEREFORE, the UK DfT prays that the Court accept his claim of ownership to the SS MANTOLA and permit him to defend the action.

/s/ Timothy P. Shusta
Timothy P. Shusta
FBN: 442305
PHELPS DUNBAR LLP
100 South Ashley Drive • Suite 1900
Tampa, Florida 33602-5315
(813) 472-7550
(813) 472-7570 (FAX)
shustat@phelps.com
Attorneys for the Secretary of State for
Transport of the United Kingdom

## VERIFICATION

I, Chris Watts, am Deputy Director of National Security, Transport Security – Co-ordination and Operational Response Directorate of the Department for Transport of Her Britannic Majesty's Government in the United Kingdom of Great Britain and Northern Ireland.

I am authorized to execute this document on behalf of the Secretary of State for Transport of the United Kingdom.

I have read the foregoing claim and know the contents thereof and solemnly declare under penalty of perjury that the same is true and correct to the best of my knowledge, information and belief.

Signed this _16th_ day of August, 2017, in London, United Kingdom.

_____
Chris Watts

## CERTIFICATE OF SERVICE

I hereby certify that on August _17_, 2017 I made due service of the foregoing Verified Statement by electronically filing with the Clerk of Court using the CM/ECF system.

/s/ Timothy P. Shusta
Timothy P. Shusta

- 3 -