USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ODYSSEY MARINE EXPLORATION, INC.,

                      Plaintiff,

        -v-

THE SHIPWRECKED AND ABANDONED SS
MANTOLA, ITS CARGO, APPAREL, TACKLE, AND
APPURTENANCES, ETC., LOCATED WITHIN A
FIVE NAUTICAL MILE RADIUS OF THE
COORDINATES 49° 50' 16.391" N, 13° 06' 11.767" W,
*in rem*,

                      Defendant-in-rem.

------------------------------------------------------------X

17 Civ. 2924 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      As discussed on the record at the conference held Wednesday, August 29, 2018, the Court has accepted the withdrawal of the claim of the United Kingdom Department for Transport (the "DfT"). *See* Dkt. 52. The Court has also directed that plaintiff Odyssey Marine Exploration, Inc. submit to this Court a request, pursuant to the Hague Convention, for the propounding of discovery on the DfT in the United Kingdom, including a memorandum of law in support of that request. The deadline for that submission is Wednesday, September 12, 2018.

      SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  Paul A. Engelmayer
                                                  United States District Judge

Dated: August 29, 2018
       New York, New York