BLANK ROME LLP
*Attorneys for Plaintiff*
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
John D. Kimball
Alan M. Weigel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ODYSSEY MARINE EXPLORATION, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>THE SHIPWRECKED AND ABANDONED SS MANTOLA, its cargo, apparel, tackle, and appurtenances, etc., located within a five nautical mile radius of the coordinates 49° 50' 16.391" N, 13° 06' 11.767" W, *in rem,*<br>Defendant. | Case No.: 1:17-cv-02924 |

## MOTION FOR THE ISSUANCE OF LETTERS OF REQUEST TO THE SENIOR MASTER OF THE ROYAL COURTS OF JUSTICE, ENGLAND AND WALES, AND THE ROYAL MINISTRY OF JUSTICE AND PUBLIC SECURITY OF NORWAY

Plaintiff Odyssey Marine Exploration, Inc. ("Odyssey"), by and through its undersigned counsel, files this Motion for The Issuance of Letters of Request to the Senior Master of the Royal Courts of Justice, England and Wales, and the Royal Ministry of Justice and Public Security of Norway.  Odyssey seeks an order issuing Letters of Request to Mr. Anthony Clake of London, United Kingdom and of Swire Seabed AS, of Bergen, Norway, in the form attached herero, under Federal Rule of Civil Procedure 28(b), 28 U.S.C. § 1781(b)(2), and the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, 23 U.S.T. 2555.

127643.06508/122316183v.1

Dated:      New York, New York
            December 16, 2019

                                    Respectfully submitted,
                                    BLANK ROME LLP
                                    *Attorneys for Plaintiff*

                                    By: /s/ *John D. Kimball*
                                        John D. Kimball
                                        Alan M. Weigel
                                        405 Lexington Ave.
                                        New York, NY 10174
                                        Tel.:  (212) 885-5000
                                        jkimball@blankrome.com
                                        aweigel@blankrome.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 16th day of December 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will then send a notification of such filing to all registered filers.

                                    /s/ *John D. Kimball*
                                    John D. Kimball
                                    405 Lexington Ave.
                                    New York, NY 10174
                                    Tel.:  (212) 885-5000
                                    jkimball@blankrome.com

                                    *Attorney for Plaintiff,*
                                    *Odyssey Marine Exploration, Inc.*

2