BLANK ROME LLP
*Attorneys for Plaintiff*
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
John D. Kimball
Alan M. Weigel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ODYSSEY MARINE EXPLORATION, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE SHIPWRECKED AND ABANDONED SS MANTOLA, its cargo, apparel, tackle, and appurtenances, etc., located within a five nautical mile radius of the coordinates 49° 50' 16.391" N, 13° 06' 11.767" W, *in rem*, <br><br> Defendant. | Case No.: 1:17-cv-02924 <br><br><br><br><br> **STIPULATION OF DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff Odyssey Marine Exploration, Inc., having entered into a settlement agreement, hereby dismisses its complaint against defendant the SS Mantola, its cargo, apparel, tackle, and appurtenances, etc., *in rem*, with prejudice, all parties to bear their own respective costs and attorneys' fees.

Dated:     New York, New York
           March 27, 2019

Respectfully submitted,
BLANK ROME LLP
*Attorneys for Plaintiff*

By: /s/*John D. Kimball*
John D. Kimball
Alan M. Weigel
405 Lexington Ave.
New York, NY 10174
Tel.:  (212) 885-5000
jkimball@blankrome.com
aweigel@blankrome.com

Granted.  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

March 30, 2020

127643.06508/122307188v.1